# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2007

133755

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

EDWARD JOHNIGAN,
       Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133755
COA: 267727
Wayne CC: 03-004486-01
03-004489-01

_____/

On order of the Court, the application for leave to appeal the March 8, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would remand this case for resentencing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2007

_____
Clerk

s0914